**Order entered September 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00170-CR
No. 05-18-00171-CR

**JASON DANIEL STRICKLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-76631-V, F16-00834-V**

## ORDER

Before the Court is appellant's September 19, 2018 third motion to extend the time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     CRAIG STODDART
JUSTICE